UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN RAGLAND,

    Plaintiff,                        CIVIL ACTION NO. 13-11695

v.                                  DISTRICT JUDGE AVERN COHN

CITY OF ST. LOUIS, et al.,         MAGISTRATE JUDGE MARK A. RANDON

    Defendants.
_____/

## REPORT AND RECOMMENDATION TO DISMISS THE JOHN DOE DEFENDANTS

On July 16, 2013, Judge Avern Cohn ordered Plaintiff to provide the Court with Defendants' addresses. Judge Cohn warned Plaintiff that his Complaint would be "dismissed without prejudice against any defendants whose addresses are not provided to the Court" (Dkt. No. 12 at p. 3).

On August 2, 2013, Plaintiff indicated that he "could not locate any information leading to the disclosure of the 1-300 'John Does'" (Dkt. No. 13). As such, this Magistrate Judge **RECOMMENDS** that the John Doe Defendants be **DISMISSED WITHOUT PREJUDICE**.

The parties to this action may object to and seek review of this Report and Recommendation within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1). Failure to file specific objections constitutes a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596 (6th Cir. 2006); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005). The parties are advised that making some objections, but failing to raise others, will not preserve all the objections a party may have to this Report and Recommendation. *See McClanahan v. Comm'r*

1

*Soc. Sec.*, 474 F.3d 830 (6th Cir. 2006) (internal quotation marks omitted); *Frontier*, 454 F.3d at 596-97. Objections are to be filed through the Case Management/Electronic Case Filing (CM/ECF) system or, if an appropriate exception applies, through the Clerk's Office.  *See* E.D. Mich. LR 5.1. A copy of any objections is to be served upon this Magistrate Judge but this does not constitute filing.  *See* E.D. Mich. LR 72.1(d)(2). Once an objection is filed, a response is due within fourteen (14) days of service, and a reply brief may be filed within seven (7) days of service of the response.  *See* E.D. Mich. LR 72.1(d)(3), (4).

                                              s/Mark A. Randon
                                              MARK A. RANDON
                                              UNITED STATES MAGISTRATE JUDGE

Dated: September 13, 2013

## Certificate of Service

    I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 13, 2013, by electronic and/or ordinary mail.

                                              *s/Tanya Bankston Acting for Eddrey Butts*
                                              *Case Manager for Magistrate Judge Randon*