UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN RAGLAND,

                                                      Case No. 13-11695
      Plaintiff,                           HON. AVERN COHN

v.
CITY OF ST. LOUIS MUNICIPALITY, et. al.,

      Defendant(s).
_____/

**ORDER
ADOPTING REPORT AND RECOMMENDATION (Doc. 17)
AND
DISMISSING JOHN DOE DEFENDANTS WITHOUT PREJUDICE**

This is a prisoner civil rights case under 42 U.S.C. § 1983. On April 12, 2012, plaintiff, who is proceeding *pro se*, filed a complaint against the City of St. Louis and other defendants. The matter has been referred to a magistrate judge for pretrial proceedings. On July 16, 2013, plaintiff was directed to provide the Court with defendants' addresses. On August 2, 2013, plaintiff indicated he could not locate information leading to the disclosure of the 1-300 "John Does." The magistrate judge then issued a report and recommendation (MJRR), recommending that the John Doe Defendants be dismissed without prejudice. (Doc. 17).

Neither party has filed objections to the MJRR and the time for filing objections has passed.

The failure to file objections to the report and recommendation waives any further right to appeal. Smith v. Detroit Federation of Teachers Local 231, 829 F.2d 1370,

1373 (6th Cir.1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions. Thomas v. Arn, 474 U.S. 140, 149 (1985).

The Court has reviewed the MJRR and agrees with the magistrate judge. Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court. The John Doe Defendants are DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

      S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: February 20, 2014

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 20, 2014, by electronic and/or ordinary mail.

Sakne Chami
Case Manager, (313) 234-5160